Form B 250E (12/09)

# United States Bankruptcy Court

# Southern District Of Texas, Houston Division

In re  Black Elk Energy Offshore Operations, LLC   )          Case No. 15-34287
        Debtor*                                        )
                                                        )          Chapter  7
                                                        )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on August 11, 2015 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons.  A copy of the petition is attached.

        Address of the clerk:    United States Courthouse
                                       515 Rusk Avenue
                                       Houston, Texas 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Matthew S. Okin
                                                            Okin & Adams, LLP
                                                            1113 Vine St., Suite 201
                                                            Houston, Texas 77002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                      _____ (Clerk of the Bankruptcy Court)

Date: _____          By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, Matthew S. Okin, certify that on August 11, 2015, I served this summons and a copy of the involuntary petition on Black Elk Energy Offshore Operations, LLC, the debtor in this case, by *U.S. Mail at the following address*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____          Signature _____

Print Name :

Business Address: