UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE                              :     CASE NO. 15-34287

BLACK ELK ENERGY
OFFSHORE OPERATIONS, LLC,
     DEBTOR                        :     CHAPTER 7

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE UPON SHAMROCK MANAGEMENT, LLC

PLEASE TAKE NOTICE that Scofield, Gerard, Pohorelsky, Gallaugher & Landry represent Shamrock Management, LLC, creditor and party in interest in the above case. The undersigned hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Fed. R. Bankr. P. 901(b), and requests copies of all notices and pleadings pursuant to all applicable rules, including, but not limited to, Fed. R. Bankr. P. 2002(a), (b), (f), and (g) and 3017(a). All such notices should be addressed as follows:

   Scott J. Scofield
   Scofield, Gerard, Pohorelsky,
     Gallaugher & Landry
   901 Lakeshore Drive, Suite 900
   Lake Charles LA 70601
   Telephone:  (337) 433-9436
   Facsimile:  (337) 436-5205
   brnotice@sgpgl.com

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002 and 9007, the foregoing demand covers not only notices and papers referred to in the rules specified above, but all other notices and papers, including, but not limited to, notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile, or otherwise filed in regard to the above referenced case and all proceedings therein.

Respectfully submitted,

SCOFIELD, GERARD, POHORELSKY,
GALLAUGHER & LANDRY

By: _____
SCOTT J. SCOFIELD (#14429)
901 Lakeshore Drive, Suite 900
Lake Charles LA 70601
Telephone: (337) 433-9436
Facsimile: (337) 436-5205
Attorneys for Shamrock Management, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance and Request for Service has this day been forwarded via U.S. mail, postage prepaid and properly addressed, to the following:

> Black Elk Energy Offshore Operations, LLC
> 3100 S. Gessner, Ste. 215
> Houston TX 77002
>
> Matthew Scott Okin
> Okin & Adams, LLP
> 1113 Vine Street, Ste. 201
> Houston TX 77002
>
> U.S. Trustee
> 515 Rusk Ave., Ste. 3516
> Houston TX 77002

Lake Charles, Louisiana, this 13th day of August, 2015.

_____
SCOTT J. SCOFIELD