IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
AUG 31 2015
David J. Bradley, Clerk of Court

| | |
|---|---|
| IN RE: | * |
| | * |
| BLACK ELK ENERGY OFFSHORE | *   CASE NO. 15-34287-H3-7 |
| OPERATIONS, LLC | * |
| | * |
| DEBTOR | * |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE, that the undersigned counsel represents MONTCO OILFIELD CONTRACTORS, LLC, a party in interest in the above referenced case, and hereby enters its appearance pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (f), Rule 3017(a) and Rule 9007. All such notices and/or pleadings should be addressed as follows:

Karl J. Zimmermann
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras St., Suite 3600
New Orleans, LA 70163
Email: karlz@bhbmlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, request, schedules, statement of affairs or other paper filed herein, whether formal or informal, written or oral, and whether transmitted

{B1006271.1}

or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above referenced case and the proceedings therein.

RESPECTFULLY SUBMITTED,

BALDWIN HASPEL BURKE & MAYER, LLC

_____
KARL J. ZIMMERMANN LA Bar No. 14481
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras St., Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 569-2900
Facsimile: (504) 569-2099

ATTORNEY FOR
MONTCO OILFIELD CONTRACTORS, LLC

CERTIFICATE OF SERVICE

I do hereby certify that on this the 28th day of August, 2015, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by electronic means on those parties listed on the Court's ECF Noticing System.

_____
KARL J. ZIMMERMANN

{B1006271.1}