

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/01/2015

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-34287 (LZP) |
| | § § | |
| **BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC** | § § § | (Involuntary Proceeding) |
| | § | |
| **Debtor** | § § | |

### ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE TO A CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE UNDER 11 U.S.C. § 706(A)

This matter having been presented to the Court upon the Motion of Black Elk Energy Offshore Operations, LLC (the "Debtor"), seeking an Order under 11 U.S.C. § 706(a), converting this bankruptcy case to a case under chapter 11 of the Bankruptcy Code (the "Motion")[3] and the Court having considered the Motion and any objection thereto; and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Debtor's chapter 7 bankruptcy case is hereby converted to one under chapter 11 of the Bankruptcy Code.

3. Debtor shall immediately file a corporate ownership statement containing the information described in Rule 7007.1.

4. Debtor shall file, within seven days after entry of this Order, a list containing the name and address of each entity included or to be included on Schedules D, E, F,

---

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

G, and H as prescribed by the Official Forms and shall further comply with all of the requirements of Federal Rule of Bankruptcy Procedure 1007(a)(2) and (a)(3).

5. Debtor shall file a petition under chapter 11 of the Bankruptcy Code within seven (7) business days after entry of this Order.

6. The conversion of this chapter 7 bankruptcy case to a chapter 11 bankruptcy case constitutes an order for relief under chapter 11 of the Bankruptcy Code in accordance with section 348 of the Bankruptcy Code.

7. The Petitioning Creditors' Motion for an Order Appointing an Interim Trustee, *see* ECF No. 28, seeking the appointing of an interim chapter 7 trustee during the involuntary gap period under section 303(g) of the Bankruptcy Code, is DENIED as moot.

8. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

9. The statutory basis for relief requested herein is section 706(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1017.

SEP 0 1 2015
SIGNED this ____ day of _____, 2015.

THE HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE