B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  **Black Elk Energy Offshore Operations, LLC**                               Case No.  **15-34287**
                                         Debtor(s)                                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABSG CONSULTING INC. PO BOX 915094 DALLAS, TX 75391-5094 | ABSG CONSULTING INC. PO BOX 915094 DALLAS, TX 75391-5094 | Trade Debt | | 685,093.37 |
| ANKOR E&P HOLDINGS CORPORATION 1615 POYDRAS ST STE 2000 NEW ORLEANS, LA 70112 | ANKOR E&P HOLDINGS CORPORATION 1615 POYDRAS ST STE 2000 NEW ORLEANS, LA 70112 | Trade Debt | | 1,124,556.36 |
| ATP OIL & GAS CORPORATION 4600 POST OAK PLACE STE 200 HOUSTON, TX 77027-9726 | ATP OIL & GAS CORPORATION 4600 POST OAK PLACE STE 200 HOUSTON, TX 77027-9726 | | | 1,460,628.47 |
| CHEVRON USA INC PO BOX 730121 DALLAS, TX 75373-0121 | CHEVRON USA INC PO BOX 730121 DALLAS, TX 75373-0121 | Joint Interest Billing Debt | | 1,612,227.88 |
| ENERGY RESOURCE TECHNOLOGY GOM INC PO BOX 4346 DEPT 354 HOUSTON, TX 77210-4346 | ENERGY RESOURCE TECHNOLOGY GOM INC PO BOX 4346 DEPT 354 HOUSTON, TX 77210-4346 | Joint Interest Billing Debt | | 901,596.11 |
| ENERGY XXI GULF COAST INC 1021 MAIN STREET STE 2626 HOUSTON, TX 77002 | ENERGY XXI GULF COAST INC 1021 MAIN STREET STE 2626 HOUSTON, TX 77002 | Joint Interest Billing Debt | | 1,904,739.95 |
| EXTERRAN ENERGY SOLUTIONS 16666 NORTHCHASE DRIVE HOUSTON, TX 77060 | EXTERRAN ENERGY SOLUTIONS 16666 NORTHCHASE DRIVE HOUSTON, TX 77060 | Trade Debt | | 3,622,546.21 |
| GAUBERT OIL COMPANY, INC PO BOX 310 THIBODAUX, LA 70302 | GAUBERT OIL COMPANY, INC PO BOX 310 THIBODAUX, LA 70302 | Trade Debt | | 778,244.85 |

B4 (Official Form 4) (12/07) - Cont.

In re   Black Elk Energy Offshore Operations, LLC      Case No. **15-34287**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GRAND ISLE SHIPYARD INC<br>PO BOX 820<br>GALLIANO, LA 70354 | GRAND ISLE SHIPYARD INC<br>PO BOX 820<br>GALLIANO, LA 70354 | Trade Debt | Disputed | 2,000,000.00 |
| GULF CRANE SERVICES INC<br>P.O. BOX 1843<br>COVINGTON, LA 70434-1843 | GULF CRANE SERVICES INC<br>P.O. BOX 1843<br>COVINGTON, LA 70434-1843 | Trade Debt | | 1,253,015.80 |
| GULF OFFSHORE LOGISTICS<br>120 WHITE ROSE DRIVE<br>RACELAND, LA 70394 | GULF OFFSHORE LOGISTICS<br>120 WHITE ROSE DRIVE<br>RACELAND, LA 70394 | Trade Debt | Disputed | 2,889,350.03 |
| ISLAND OPERATING COMPANY INC<br>PO BOX 61850<br>LAFAYETTE, LA 70596 | ISLAND OPERATING COMPANY INC<br>PO BOX 61850<br>LAFAYETTE, LA 70596 | Trade Debt | | 736,087.24 |
| JAB ENERGY SOLUTIONS, LLC<br>PO DRAWER 511<br>MORGAN CITY, LA 70381 | JAB ENERGY SOLUTIONS, LLC<br>PO DRAWER 511<br>MORGAN CITY, LA 70381 | Trade Debt | | 12,507,936.76 |
| M21K, LLC<br>1021 MAIN STREET<br>STE 2626<br>HOUSTON, TX 77002 | M21K, LLC<br>1021 MAIN STREET<br>STE 2626<br>HOUSTON, TX 77002 | Joint Interest Billing Debt | | 1,514,725.14 |
| PEREGRINE OIL & GAS LP<br>THREE RIVERWAY<br>STE 1750<br>HOUSTON, TX 77056 | PEREGRINE OIL & GAS LP<br>THREE RIVERWAY<br>STE 1750<br>HOUSTON, TX 77056 | Trade Debt | | 1,102,116.00 |
| R&R ENERGY SERVICES, LLC<br>1340 W. TUNNEL BLVD.<br>STE 450<br>HOUMA, LA 70360 | R&R ENERGY SERVICES, LLC<br>1340 W.TUNNEL BLVD<br>STE 450<br>HOUMA, LA 70360 | Trade Debt | | 854,596.29 |
| RENAISSANCE OFFSHORE, LLC<br>920 MEMORIAL CITY WAY<br>STE 800<br>HOUSTON, TX 77024 | RENAISSANCE OFFSHORE, LLC<br>920 MEMORIAL CITY WAY<br>STE 800<br>HOUSTON, TX 77024 | Joint Interest Billing Debt | | 693,811.32 |
| SHAMROCK MANAGEMENT LLC<br>C/O GULF COAST BANK & TRUST<br>P.O. BOX 203047<br>HOUSTON, TX 77216-3047 | SHAMROCK MANAGEMENT LLC<br>C/O GULF COAST BANK & TRUST<br>P.O. BOX 203047<br>HOUSTON, TX 77216-3047 | Trade Debt | | 838,162.07 |
| SHELL OFFSHORE INC<br>JV RECEIPTS<br>PO BOX 7247-6271<br>PHILADELPHIA, PA 19170-6271 | SHELL OFFSHORE INC<br>JV RECEIPTS<br>PO BOX 7247-6271<br>PHILADELPHIA, PA 19170-6271 | Joint Interest Billing Debt | | 17,877,546.39 |

B4 (Official Form 4) (12/07) - Cont.

In re  Black Elk Energy Offshore Operations, LLC
                    Debtor(s)

Case No.  15-34287

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| THE GRAND LTD LAREDO OFFSHORE SERVICES 13385 MURPHY ROAD STAFFORD, TX 77477 | THE GRAND LTD LAREDO OFFSHORE SERVICES 13385 MURPHY ROAD STAFFORD, TX 77477 | Trade Debt | | 1,993,076.99 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jeff Jones, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief, based upon the information available to me.

Date  **September 8, 2015**      Signature  /s/ Jeff Jones
                                            **Jeff Jones**
                                            **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.