# United States Bankruptcy Court
## Southern District of Texas

In re   Black Elk Energy Offshore Operations, LLC           Case No.   15-34287
                                    Debtor(s)                Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Black Elk Employee Incentive, LLC<br>c/o John G. Hoffman, Reg. Agent<br>11451 Katy Freeway<br>Suite 500<br>Houston, TX 77079 | | 9.42% ownership interest | |
| Black Elk Energy, LLC<br>James F. Hagemeier, Reg. Agent<br>11451 Katy Freeway<br>Suite 500<br>Houston, TX 77079 | | 4.30% ownership interest | |
| Black Elk Management, LLC<br>c/o Lisa A. Powell<br>Jackson Walker L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, TX 77010 | | 6.48% ownership interest | |
| Excalibur Energy, LLC<br>1350 Avenue of the Americas<br>2nd Floor<br>New York, NY 10019 | | 1.11% ownership interest | |
| Gross Capital Partners, LLC<br>800 S. Ocean Blvd.<br>Boca Raton, FL 33432 | | 1.41 % ownership interest | |
| Platinum Partners Black Elk<br>Opportunities Fund, LLC<br>c/o Omar J. Alaniz, Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 600<br>Dallas, TX 75201-2980 | | 1.34% ownership interest | |
| Platinum Partners Black Elk<br>Opportunities Fund Int'l, LLC<br>c/o Omar J. Alaniz, Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 600<br>Dallas, TX 75201-2980 | | 0.29% ownership interest | |
| PPVA Black Elk (Equity), LLC<br>c/o Omar J. Alaniz<br>Baker Botts L.L.P.<br>2001 Ross Ave., Suite 600<br>Dallas, TX 75201-2980 | | 57.76% ownership interest | |

In re: **Black Elk Energy Offshore Operations, LLC**
Debtor(s)

Case No. **15-34287**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PPVA Black Elk (Investor), LLC<br>c/o Omar J. Alaniz<br>Baker Botts L.L.P.<br>2001 Ross Ave., Suite 600<br>Dallas, TX 75201-2980 | | 17.17% ownership interest | |
| Stephens, Inc.<br>300 Crescent<br>Dallas, TX 75201 | | 0.72% ownership interest | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Jeff Jones, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief, based upon the information available to me.

Date **September 8, 2015**  Signature _Jeff Jones_ (signed)

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.