## United States Bankruptcy Court
### Southern District of Texas

In re  **Black Elk Energy Offshore Operations, LLC**                     Case No.  **15-34287**
                                        Debtor(s)                         Chapter  **11**

### DECLARATION FOR ELECTRONIC FILING OF
### BANKRUPTCY PETITION AND EXHIBIT A TO PETITION

**PART I: DECLARATION OF PETITIONER:**

As an individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, is true and correct, based upon the information available to me. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition has been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

[✓]   I hereby further declare under penalty of perjury that I have been authorized to file the petition on behalf of the debtor in this case.

Date: **September 10, 2015**

Jeff Jones, Chief Restructuring Officer

**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: **September 10, 2015**

/s/ Elizabeth A. Green
**Elizabeth A. Green 0600547**, Attorney for Debtor
**200 S. Orange Avenue**
**Suite 2300**
**Orlando, FL 32801**
**407-649-4000 Fax:407-841-0168**