UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
09/14/2015

| RECUSAL ORDER | CASE NUMBER: 15-34287-H3-11 |

STYLE: **BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC**

ORDER

I stand recused in this case.
Deadlines in scheduling orders continue in effect.
Court settings are vacated.
Counsel must notify the new case manager of pending motions by letter within 10 days of receipt of this order.

Signed:

Letitia Z. Paul
United States Bankruptcy Judge

Dated: September 14, 2015

REASSIGNMENT    Judge Marvin Isgur    This case is reassigned to:

David J. Bradley, Clerk of Court

David J. Bradley, Clerk

By: _____
Deputy Clerk