UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IN RE:

**BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC**

Debtor.

CASE NO.: 15-34287-H3-7
CHAPTER 11

### NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS

The undersigned, on behalf of the Ad Hoc Committee (the "Ad Hoc Committee") of holders of the Debtor's 13.75% Senior Secured Notes due 2015, hereby substitutes Jeffrey R. Gleit, of the law firm of Sullivan & Worcester LLP, as its counsel, in the place and stead of Togut, Segal & Segal LLP.

Date: September 15, 2015

**Respectfully submitted,**

**Ad Hoc Committee:**

AQR Capital Management, LLC,
as investment manages on behalf of
the funds and accounts it manages

By: _/s/_
Name: BRENDAN KALB
Title: GENERAL COUNSEL

And

{B1920566; 1}

Phoenix Investment Adviser LLC,
on behalf of certain funds and accounts
it manages

By: _____
Name: Jeffrey Schultz
Title: Chief Legal Officer
Date: 9/15/15

{B1920566; 1}

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IN RE:

**BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC**

Debtor.

CASE NO.: 15-34287-H3-7
CHAPTER 11

## NOTICE OF WITHDRAWAL OF COUNSEL

Togut, Segal & Segal LLP hereby acknowledges the appointment of Jeffrey R. Gleit, of Sullivan & Worcester LLP, as counsel to the Ad Hoc Committee of holders of the Debtor's 13.75% Senior Secured Notes due 2015, and hereby withdraws its prior appearance as counsel to the Ad Hoc Committee.

Date: 9/15/2015

Frank A. Oswald
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
Telephone: (212) 201-6584
Facsimile: (212) 967-4258

{B1920355;1}