UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| BLACK ELK ENERGY OFFSHORE | § | 15-34287-H1-11 |
| OPERATIONS, LLC | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR, BANKRUPTCY JUDGE;

COMES NOW, the United States Trustee ("UST") for the Southern District of Texas, by and through the undersigned counsel, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, and files this Notice of Appointment of Committee of Unsecured Creditors in the above captioned case:

1. Gulf Offshore Logistics, LLC, Attn: Curt Arcement, 4335 Highway 308, P. O. Box 309, Raceland, LA 70394, Tel. 985-532-1060, Fax. 985-532-0544, Email curt@gulf-log.com.

2. The Grand Ltd., Attn: Nadja Knoulton, 3900 N Causeway Blvd, Suite 1470, Metairie, LA 70002, Tel. 281-499-4333, Fax. 281-499-4336, Email nadja@laredogroup.org.

3. Montco Oilfield Contractors, LLC, Attn:  Carroll Price, 842 West Sam Houston Parkway N, Suite 500, Houston, TX  77024, Tel. 281-822-7157. Fax. 281-822-6795, Email: carroll.price@montco.com.

4. Shamrock Management LLC, Attn:  Jason Lyons, 4800 Highway 311, Houma, LA, Tel. 985-872-0505, Fax. 985-868-5231, Email jason.lyons@go-shamrock.com.

5. Ryan Marine Services, Inc., Attn: Nancy Ryan, 7500 Harborside Drive, Galveston, TX 77554, Tel. 409-763-1269, Fax. 409-741-3920, Email nancy@ryanmarine.com.

DATED:  September 17, 2015.

        Respectfully submitted,

        JUDY A. ROBBINS
        UNITED STATES TRUSTEE


By: /s/ *Ellen M. Hickman*
      Ellen M. Hickman, Trial Attorney
      TxBar #12975800, Fed.#17041
      515 Rusk, Suite 3516
      Houston, TX  77002
      713/718-4650, Fax 713/718-4670


Certificate of Service

    I hereby certify that true and correct copies of the foregoing Notice of Appointment of Committee of Unsecured Creditors was served upon the Debtor, counsel for the Debtor, committee members, remaining creditors on list of twenty largest unsecured creditors, and all parties requesting notice, via ECF, email, or by United States mail, first class, postage prepaid, on the 17th day of September, 2015, to the following parties:

        /s/ *Ellen M. Hickman*
        Ellen M. Hickman, Attorney

Debtor

Black Elk Energy Offshore Operations, LLC
3100 S. Gessner, Ste. 215
Houston, TX 77002

Counsel for Debtor

Pamela Gale Johnson
pjohnson@bakerlaw.com
Baker & Hostetler, LLP
811 Main Street, Suite 1100
Houston, TX 7702-6111

Elizabeth A. Green
egreen@bakerlaw.com
Jimmy D. Parrish
jparrish@bakerlaw.com
Baker & Hostetler, LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432

Committee Members (via email as indicated above)

Creditor Willing to Serve (via email)

Laredo Construction, Inc.
Attn: Tarn Springob
13385 Murphy Rd.
Stafford, TX  77477
tspringob@laredogroup.org