# United States Bankruptcy Court
## Southern District of Texas

In re   **Black Elk Energy Offshore Operations, LLC**                      Case No.   **15-34287**
Debtor(s)                                                                  Chapter    **11**

# VERIFICATION OF AMENDED LIST OF CREDITORS

I, Jeff Jones, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of amended creditors is true and correct to the best of my knowledge, based upon the information available to me.

Date:   **September 30, 2015**           **/s/ Jeff Jones**
                                         **Jeff Jones**/**Chief Restructuring Officer**
                                         Signer/Title

Baytree National Bank & Trust Co.
664 N. Western Avenue
Lake Forest, IL 60045


Black Elk Energy, LLC
3100 S. Gessner Rd.
Suite 215
Houston, TX 77063-3744


Bureau of Ocean Energy Management
(BOEM)
1849 C Street, NW
Washington, DC 20240


Bureau of Safety & Environmental
Enforcement (BSEE)
1849 C Street, NW
Washington, DC 20240


Cheramie Marine, LLC
11603 Highway 308
Larose, LA 70373-6013


Chevron U.S.A. Inc.
100 Northpark Blvd.
Covington, LA 70433


CIT Finance LLC
10201 Centurion Parkway N.
Suite 100
Jacksonville, FL 32256


Emily K. Greenfield
U.S. Department of Justice
Poydras Center
650 Poydras Street, 16th Floor
New Orleans, LA 70130

JAB Energy Solutions
262 N. Sam Houston Parkway East
Suite 230
Houston, TX 77060


LA Workforce Commission
Delinquent Payments
Office of Unemployment Insurance
PO Box 60019
New Orleans, LA 70160-0019


Manta Ray Offshore Gathering, LLC
1100 Louisiana Street
Suite 3300
Houston, TX 77002


Mariner Energy, Inc.
2000 W. Sam Houston Parkway S.
Suite 2000
Houston, TX 77042


Mariner Gulf of Mexico LLC
2000 W. Sam Houston Parkway S.
Suite 2000
Houston, TX 77042-3622


Marubeni Oil & Gas (USA), Inc.
c/o Robin B. Cheatham
Adams and Reese LLP
4500 One Shell Square, Suite 4500
New Orleans, LA 70139


MEP III GOM LLC
13727 Noel Road
Suite 500
Dallas, TX 75240


Merit Energy Partners
c/o Philip G. Eisenberg
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX 77002

Merit Energy Partners D-III, LP
13727 Noel Road
Suite 500
Dallas, TX 75240


Merit Energy Partners E-III, LP
13727 Noel Road
Suite 500
Dallas, TX 75240


Merit Energy Partners F-III, LP
13727 Noel Road
Suite 500
Dallas, TX 75240


Merit Energy Partners III, LP
13727 Noel Road
Suite 500
Dallas, TX 75240


Merit Management Partners I, LP
13727 Noel Road
Suite 500
Dallas, TX 75240


Merit Management Partners II, LP
13727 Noel Road
Suite 500
Dallas, TX 75240


Merit Management Partners III, LP
13727 Noel Road
Suite 500
Dallas, TX 75240


Montco Offshore, Inc.
842 W. Sam Houston Parkway North
Suite 500
Houston, TX 77024

Moore's Pump & Services, Inc.
PO Box 820
Galliano, LA 70354


Nabors Offshore Corporation
PO Box 973531
Dallas, TX 75397-3531


Nautilus Pipeline Company LLC
1100 Louisiana Street
Suite 3300
Houston, TX 77002


PDI Solutions, LLC
PO Box 1256
Raceland, LA 70394


Platinum Prtnrs Value Arbitrage Fund LP
c/o Omar J. Alaniz
Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980


PPVA Black Elk (Equity), LLC
152 West 57th Streeet
New York, NY 10019


PPVA Black Elk (Investor), LLC
152 West 57th Streeet
New York, NY 10019


Rosetta Resources Offshore, LLC
1111 Bagby Street
Suite 1600
Houston, TX 77002

SandRidge Energy Offshore, LLC
1301 McKinney
Suite 900
Houston, TX 77010


SeaOps Marine Services LLC
607 E. 2nd Street
Broussard, LA 70515-4105


Shell Offshore, Inc.
PO Box 61933
New Orleans, LA 70161


TKN Petroleum Offshore, LLC
c/o Omar J. Alaniz
Baker Botts LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980


Triton Gathering, LLC
1100 Louisiana Street
Suite 3300
Houston, TX 77002


W&T Offshore Inc.
c/o Philip G. Eisenberg
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX 77002