Black Elk Bankruptcy

| Contract # | Company | Invoice Date | Invoice Number | Production Month | Counterparty | BA # | Volume Mmbtu | Value Due |
|---|---|---|---|---|---|---|---|---|
| 022574 | **Venice Energy Services** | **04/24/15** | 0037437 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | 54,844.80 |
| 019111 | **Venice Gathering** | **04/14/15** | VT2015030063 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | 11,664.24 |
| 019111 | **Venice Gathering** | **05/13/15** | VT2015040063 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | (4,011.10) |
| 019111 | **Venice Gathering** | **06/11/15** | VT2015050063 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | (2,481.71) |
| 019111 | **Venice Gathering** | **07/14/15** | VT2015060063 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | (1,321.08) |
| 019111 | **Venice Gathering** | **08/13/15** | VT2015070063 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | (5,331.70) |
| 022574 | **Venice Energy Services** | **08/17/15** | 0037607 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | 2,416.93 |
| 022574 | **Venice Energy Services** | **08/25/15** | 0037648 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | 1,141.08 |
| | | | | | | | | $ 56,921.46 |
| | **OBA imbalances** | | | | | | | |
| 022574 | **Venice Gas Plant** | **N/A** | **N/A** | **OBA** | **PTR Balance Due Targa** | | 20,699 | 56,342.68 |
| | | | | | | | | |
| 019111 | **Venice Gathering** | **09/14/15** | VT2015080063 | | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | (85.32) |
| 022574 | Venice Energy Services | | | **Jul-15** | **BLACK ELK ENERGY OFFSHORE OPERATIONS LLC** | LQ38688 | | 156.23 |
| 022574 | Venice Energy Services | | | **April-14** | **Revised WD64 Allocation** | LQ38688 | | 13,852.95 |
| 022574 | Venice Energy Services | | | **July-14** | **Revised WD64 Allocation** | LQ38688 | | 20,708.34 |
| 022574 | Venice Energy Services | | | **August-14** | **Revised WD64 Allocation** | LQ38688 | | (330.00) |
| | | | | | | | | $ 34,387.52 |
| | | | | | **04/14 to 07/14 Revisions to PTR (due Black Elk)** | | (3,743) | (10,188.45) |