**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 15-34287** |
| **BLACK ELK ENERGY OFFSHORE** | § | |
| **OPERATIONS, LLC,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**NOTICE OF (I) FILING OF FIRST INTERIM FEE APPLICATION OF OKIN &
ADAMS, LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND (II) HEARING THEREON**

On February 29, 2016, Okin & Adams LLP ("Okin Adams"), counsel for the Official

Committee of Unsecured Creditors in the above-captioned case, filed its First Interim Fee

Application for the period of September 17, 2015 through January 31, 2016 ("Application").

The fees incurred for the period of September 17, 2015 through January 31, 2016 are

$277,823.25 (fees) and $13,623.13 (expenses).  The total fees and expenses sought by Okin

Adams are $291,446.38, for which Okin Adams seeks interim approval.[1]

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON MARCH
24, 2016 AT 1:30 P.M., AT THE U.S. BANKRUPTCY COURT, 515 RUSK
AVENUE, HOUSTON, TEXAS 77002.**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST
RESPOND IN WRITING, SPECIFICALLY ADDRESSING EACH
PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED
BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE
CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21)
DAYS FROM THE DATE YOU WERE SERVED WITH THIS
PLEADING. YOU MUST SERVE A COPY OF OUR RESPONSE ON THE**

---

[1] Okin Adams served four interim fee statements during the Application Period covered by its First Interim Fee Application pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [ECF # 469].  In response, Okin Adams was paid $149,090.50.  Consequently, Okin Adams seeks in this First Interim Fee Application *interim approval* of the $291,446.38 in fees and expenses incurred during the Application Period, but *payment* of only $142,355.88, which represents remaining balance including the 20 percent holdback from the professional fees billed in the four interim fee statements.

**PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

You may request, in writing or by phone, a copy of the Application from Tammy Easton at the address/phone number for counsel to the Committee listed below, and such copy will be provided to you.

**DATED**:  February 29, 2016.

Respectfully submitted,

**OKIN & ADAMS LLP**

By:  ⎯⎯ /s/ *Matthew S. Okin* ⎯⎯⎯⎯⎯⎯
      Matthew S. Okin
      Texas Bar No. 00784695
      Email: mokin@okinadams.com
      David L. Curry, Jr.
      Texas  Bar No. 24065107
      Email: dcurry@okinadams.com
      1113 Vine St. Suite 201
      Houston, TX  77002
      Tel: (713) 228-4100
      Fax: (888) 865-2118

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2016, I filed the foregoing pleading electronically, causing a true and correct copy of the foregoing to be served via the Court's EM/ECF electronic system to all parties consenting to service through same and upon the attached service list.

*/s/ David L. Curry, Jr.*
David L. Curry, Jr.

# SERVICE LIST

ABSG CONSULTING INC.
PO BOX 915094,
DALLAS, TX, 75391-5094

ADAMS AND REESE LLP,
CRAIG TOWNSEND
ROBIN B. CHEATHAM
LYONDELLBASELL TOWER
1221 MCKINNEY, SUITE 4400
HOUSTON, TX, 77010

ADAMS AND REESE LLP
ROBIN B. CHEATHAM
4500 ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA, 70139

ADAMS AND REESE LLP
ROBIN B. CHEATHAM
4500 ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA, 70139

ADAMS AND REESE LLP
ROBIN B. CHEATHAM
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA, 70139

ANDERSON, LEHRMAN, BARRE &
MARAIST  KEVIN M. MARAIST
GASLIGHT SQUARE
1001 THIRD STREET, STE.1
CORPUS CHRISTI, TX, 78404

ANDREWS MYERS, P.C.
LISA M. NORMAN
3900 ESSEX LANE, SUITE 800
HOUSTON, TX, 77027-5198

ANKOR E&P HOLDINGS CORPORATION
1615 POYDRAS ST, STE 2000
NEW ORLEANS, LA, 70112-5405

AQR CAPITAL MANAGEMENT LLC
MELINDA C FRANEK
2 GREENWICH PLAZA
3RD FLOOR
GREENWICH, CT, 06830

ATP OIL & GAS CORPORATION
4600 POST OAK PLACE, STE 200
HOUSTON, TX, 77027-9726

BAKER & HOSTETLER, LLP
PAMELA GALE JOHNSON
811 MAIN STREET, SUITE 1100
HOUSTON, TX, 77002-6111

BAKER & HOSTETLER
ELIZABETH A GREEN
JIMMY D PARRISH
200 S. ORANGE AVENUE, SUITE 2300
ORLANDO, FL. 32801

BAKER BOTTS L.L.P
DANNY DAVID
ONE SHELL PLAZA
910 LOUISIANA ST,
HOUSTON, TX, 77002-4995

BAKER BOTTS L.L.P,
JAMES R. PRINCE
2001 ROSS AVENUE, SUITE 600
DALLAS, TX, 75201-2980

BAKER BOTTS L.L.P,
OMAR J. ALANIZ
2001 ROSS AVENUE SUITE 600
DALLAS, TX, 75201-2980

BAKER BOTTS, LLP
JAMES PRINCE & OMAR J ALANIZ
ONE SHELL PLAZA
910 LOUISIANA STREET
HOUSTON, TX, 77002-4995

BALDWIN HASPEL BURKE & MAYER, LLC,
KARL J. ZIMMERMANN
1100 POYDRAS ST., SUITE 3600
NEW ORLEANS, LA, 70163

BLACK ELK ENERGY OFFSHORE
OPERATIONS
3100 S. GESSNER, STE. 215
HOUSTON, TX, 77002

CHEVRON NORTH AMERICA
PO BOX 730436
DALLAS, TX, 75373-0436

DIAMOND MCCARTHY LLP
KYUNG S. LEE & CHARLES M. RUBIO,
909 FANNIN STREET, 15TH FLOOR
TWO HOUSTON CENTER
HOUSTON, TX, 77010

DLA PIPER US LLP
VINCENT SLUSHER
ANDREW ZOLLINGER
1717 MAIN STREET, SUITE 4600
DALLAS, TX, 75201

ENERGY RESOURCE TECHNOLOGY
GOM INC
PO BOX 4346
DEPT 354
HOUSTON, TX, 77210-4346

ENERGY XXI
GULF COAST INC
1021 MAIN STREET, STE 2626
HOUSTON, TX, 77002-6516

EXTERRAN ENERGY SOLUTIONS
16666 NORTHCHASE DRIVE
HOUSTON, TX, 77060-6014

GAUBERT OIL COMPANY, INC
PO BOX 310
THIBODAUX, LA, 70302-0310

GRAND ISLE SHIPYARD INC
PO BOX 820
GALLIANO, LA, 70354-0820

GRAY REED & MCGRAW, P.C.
JOE VIRENE, ESQ
1300 POST OAK BLVD., SUITE 2000
HOUSTON, TX, 77056

Case No. 15-34287; In re Black Elk Energy Offshore Operations, L.L.C.

# SERVICE LIST

GRAY REED & MCGRAW, P.C.
MICHEAL W. BISHOP, ESQ
1601 ELM STREET, SUITE 4600
DALLAS, TX, 75201

GULF CRANE SERVICES INC
PO BOX 1843
COVINGTON, LA, 70434-1843

GULF OFFSHORE LOGISTICS
120 WHITE ROSE DRIVE
RACELAND, LA, 70394-2644

GULF OFFSHORE LOGISTICS, LLC
CURT ARCEMENT
4335 HIGHWAY 308
PO BOX 309
RACELAND, LA, 70394

HALL ESTILL HARDWICK GABLE, ET AL.
STEVEN W. SOULE
OBA NO. 13781,
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK, 74103-3706

HARRIS & RUFTY, L.L.C.
RUFUS HARRIS, III
ALFRED RUFTY III
JILL S. WILLHOFT
650 POYDRAS STREET, SUITE 2710
NEW ORLEANS, LA, 70130

HELLER DRAPER PATRICK HORN & DABNEY
DOUGLASS. DRAPER
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA, 70130

ISLAND OPERATING COMPANY INC
PO BOX 61850
LAFAYETTE. LA. 70596-1850

JAB ENERGY SOLUTIONS, LLC
PO DRAWER 511
MORGAN CITY, LA, 70381-0511

JACKSON WALKER L.L.P.
LISA A. POWELL
1401 MCKINNEY, SUITE 1900
HOUSTON, TX, 77010

JONES GILL LLP
JOSEPH D. PORTER
6363 WOODWAY DR., SUITE 1100
HOUSTON, TX, 77057

LAMM & SMITH, P.C.
SCOTT T. CITEK
3730 KIRBY DRIVE, SUITE 650
HOUSTON, TX. 77098

LINEBARGER GOGGAN BLAIR & SAMPSON
TARA L GRUNDEMEIER
PO BOX 3064
HOUSTON, TX, 77253-3064

LOCKE LORD LLP
OMER F KUEBEL III
BRADLEY C KNAPP
601 POYDRAS ST., SUITE 2660
NEW ORLEANS LA, 70130

LOCKE LORD LLP
PHILIP G EISENBERG
STEVEN W GOLDEN
600 TRAVIS STREET, SUITE 2800
HOUSTON, TX, 77002

LOCKE LORD LLP
PHILIP G EISENBERG
STEVEN W GOLDEN
600 TRAVIS STREET, SUITE 2800
HOUSTON, TX, 77002

LOOPER GOODWINE, PC
PAUL J. GOODWINE
650 POYDRAS STREET, SUITE 2400
NEW ORLEANS, LA, 70130

LUGENBUHL WHEATON PECK RANKIN ET AL
BENJAMIN W. KADDEN
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA, 70130

M21K, LLC
ATTN: LEGAL DEPT
1021 MAIN STREET, STE 2626
HOUSTON, TX, 77002-6516

MANIER & HEROD
MICHAEL COLLINS,
ONE NASHVILLE PLACE
150 FOURTH AVENUE NORTH, SUITE 2200
NASHVILLE, TX, 37219

MATTHEWS SHIELS PEARCE KNOTT ET AL.
MISTI L. BEANLAND
8131 LBJ FREEWAY, SUITE 700
DALLAS, TX, 75251

MONTCO OILFIELD CONTRACTORS, LLC
CARROLL PRICE
842 WEST SAM HOUSTON PARKWAY N.
SUITE 500
HOUSTON, TX, 77024

MORGAN, LEWIS & BOCKIUS LLP
CRYSTAL R. AXELROD
1000 LOUISIANA STREET
SUITE 4000
HOUSTON, TX, 77002

MORGAN, LEWIS & BOCKIUS LLP
GLENN E. SIEGEL
101 PARKAVENUE
NEW YORK, NY, 10178-0060

OFFICE OF THE UNITED STATES TRUSTEE
ELLEN MARESH HICKMAN
DIANE G LIVINGSTONE
515 RUSK ST., STE 3516
HOUSTON, TX, 77002

PEREGRINE OIL & GAS II LLC
THREE RIVERWAY STE 1750
HOUSTON, TX, 77056-2061

PHELPS DUNBAR LLP
MICHAEL P. BRUNDAGE
100 SOUTH ASHLEY DRIVE, SUITE 1900
TAMPA, FL. 33602

# SERVICE LIST

PORTER HEDGES LLP
JOHN F. HIGGINS
ERIC M. ENGLISH
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX, 77002

R&R ENERGY SERVICES, LLC
1340 WTUNNEL BLVD, STE 450
HOUMA, LA, 70360-2830

RENAISSANCE OFFSHORE, LLC
920 MEMORIAL CITY WAY, STE 800
HOUSTON, TX, 77024-2653

RYAN MARINE SERVICES, INC.
NANCY RYAN
7500 HARBORSIDE DRIVE
GALVESTON, TX, 77554

SCHEINTHAL & KOUTS, LLP
ALAN R SCHEINTHAL
4635 SOUTWEST FREEWAY, SUITE 720
HOUSTON, TX, 77027

SCHNEIDER WALLACE COTTRELL, ET AL.
RYAN HICKS
3700 BUFFALO SPEEDWAY, SUITE 1100
HOUSTON, TX, 77098

SCOFIELD GERARD POHORELSK, ET AL.
SCOTT J SCOFIELD
901 LAKESHORE DRIVE SUITE 900
LAKE CHARLES, LA, 70601

SHAMROCK MANAGEMENT LLC
C/0 GULF COAST BANK & TRUST
PO BOX 203047
HOUSTON, TX, 77216-3047

SHAMROCK MANAGEMENT LLC
JASON LYONS
4800 HIGHWAY 311
HOUMA, LA, 70360

SHELL OFFSHORE INC
JV RECEIPTS
PO BOX 7247-6271
PHILADELPHIA, PA, 19170-6271

SNOW SPENCE GREEN LLP
KENNETH GREEN
CAROLYN CAROLLO
2929 ALLEN PARKWAY, SUITE 2800
HOUSTON, TX, 77019

STRASBURGER & PRICE, LLP
F. WILLIAM MAHLEY
909 FANNIN, SUITE 2300
HOUSTON, TX, 77010

THE BANK OF NEW YORK MELON TRUST CO
CORPORATE TRUST ADMINISTRATION
601 TRAVIS STREET
16TH FLOOR
HOUSTON, TX, 77002-3252

THE GRAND LTD
LAREDO OFFSHORE SERVICES
13385 MURPHY ROAD
STAFFORD, TX, 77477-4305

THE GRAND LTD.
NADJA KNOULTON
3900 N CAUSEWAY BLVD, SUITE 1470
METAIRIE, LA, 70002

SULLIVAN & WORCESTER LLP
JEFFREY R. GLEIT
1633 BROADWAY
NEW YORK, NY 10019

U.S. DEPARTMENT OF JUSTICE
E. KATHLEEN SHAHAN
1100 L STREET, NW
WASHINGTON, DC, 20005

U.S. DEPARTMENT OF JUSTICE
EUNICE RIM HUDSON
1100 L STREET, NW
WASHINGTON, DC, 20005

WEYCER, KAPLAN, PULASKI & ZUBER, PC
JEFF CARRUTH
3030 MATLOCK RD., SUITE 201
ARLINGTON, TX, 76015

ZUKOWSKI, BRESENHAN, SINEX & PETRY
KEVIN PENNELL
1177 WEST LOOP SOUTH, SUITE 1100
HOUSTON, TX, 77027

JEFF JONES
BLACKHILL PARTNERS, LLC
2651 N. HARWOOD STREET
SUITE 120
DALLAS, TX 75201

ATP OIL & GAS CORPORATION
c/o CHARLES KELLEY, ESQ.
MAYER BROWN LLP
700 LOUISIANA STREET, SUITE 3400
HOUSTON, TX 77002

JORIAN L. ROSE
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111-0100

MCKOOL SMITH
HUGH MASSEY RAY, III
600 TRAVIS, STE 7000
HOUSTON, TX 77002

ABRAHAM WATKINS NICHOLS ET AL.
(RE: WHITE MARLIN ENERGY SVCS & INDIVIDS)
SAMMY FORD IV
800 COMMERCE STREET
HOUSTON, TX 77002

DLA PIPER US LLP
DANIEL SIMON
203 NORTH LASALLE STREET
SUITE 1900
CHICAGO, IL 60601

HAYNES AND BOONE, LLP
PATRICK L. HUGHES
CHRISTOPHER CASTILLO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77020

Case No. 15-34287; In re Black Elk Energy Offshore Operations, L.L.C.

# SERVICE LIST

NORTON ROSE FULBRIGHT US LLP
ROBERT B. BRUNER
WILLIAM GREENDYKE
1301 MCKINNEY STREET, SUITE 5100
HOUSTON, TX 77010-3095

NORTON ROSE FULBRIGHT US LLP
RYAN E. MANNS
2200 ROSS AVENUE
SUITE 3600
DALLAS, TX 75201-7932

BALDWIN HASPEL BURKE & MAYER, LLC
LANCE J. ARNOLD
3600 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163

BUREAU OF OCEAN ENERGY MANAGEMENT
(BOEM)
1849 C STREET, NW
WASHINGTON, DC 20240

BUREAU OF SAFETY & ENVIRONMENTAL
ENFORCEMENT (BSEE)
1849 C STREET, NW
WASHINGTON, DC 20240

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA, PA 19101

U.S. SECURITIES & EXCHANGE COMM.
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD
SUITE 900
ATLANTA, GA 30326-1382

Securities and Exchange Commission
Attn: Jolene M. Wise175 West
Jackson Blvd. Suite 900
Chicago, IL 60604

Montgomery Barnett, L.L.P.
Stephen L. Williamson
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Montgomery Barnett, L.L.P.
Michael E. Landis
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
Owen M. Sonik
1235 North Loop West, Ste 600
Houston, TX 77008

Langley, LLP
Gina D. Shearer
901 Main Street, Suite 600
Dallas, TX 75202

Bryan Cave LLP
Keith M. Aurzada
2200 Ross Avenue, Suite 3300
Dallas, TX 75201

Bryan Cave LLP
Bradley J. Purcell
2200 Ross Avenue, Suite 3300
Dallas, TX 75201

Attorney General's Office Bankruptcy &
Collections Division
Rachel R. Obaldo, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
PO Box 12548
Austin, TX 78711-2548

Johnson, DeLuca Kurisky & Gould, P.C
Bradley L. DeLuca
4 Houston Center
1221 Lamar, Suite 1000
Houston, TX 77010

Johnson, DeLuca Kurisky & Gould, P.C.
Branch M. Sheppard
4 Houston Center
1221 Lamar, Suite 1000
Houston, TX 77010

Looper Goodwine, PC
Lindsey M. Johnson
650 Poydras Street, Suite 2400
New Orleans, LA 70130

Case No. 15-34287; In re Black Elk Energy Offshore Operations, L.L.C.