IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | § § § § | Case No.: 15-34287 (MI) |

**NOTICE OF FILING DECLARATION OF NOTICE, BALLOTING, AND CLAIMS AGENT REGARDING SOLICITATION AND TABULATION OF VOTES IN CONNECTION WITH THE DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION**

The Debtor, BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC, by and through its undersigned counsel, gives notice of filing the Declaration of Notice, Balloting, and Claims Agent Regarding Solicitation and Tabulation of Votes in Connection with the Debtor's Second Amended Plan of Liquidation attached hereto as **Exhibit "A."**

Dated: June 23, 2016

Respectfully submitted,

**BAKER & HOSTETLER, LLP**

 /s/ Jimmy D. Parrish
**Elizabeth A. Green, Esq.**
Fed ID#: 903144
Email: egreen@bakerlaw.com
**Jimmy D. Parrish, Esq.**
Fed ID#: 2687598
E-mail:  jparrish@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Facsimile:  (407) 841-0168

**BAKER & HOSTETLER, LLP**
**Jorian L. Rose, Esq.**
*(admitted pro hac vice 9/02/2015)*
Email: jrose@bakerlaw.com
45 Rockefeller Plaza
New York, New York
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
**ATTORNEYS FR THE DEBTOR AND DEBTOR-IN-POSSESSION**

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-34287(MI) |
| **BLACK ELK ENERGY OFFSHORE** § | |
| **OPERATIONS, LLC** § | (Chapter 11) |
| § | |
| DEBTOR. § | |

### DECLARATION OF NOTICE, BALLOTING AND CLAIMS AGENT REGARDING SOLICITATION AND TABULATION OF VOTES IN CONNECTION WITH THE DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION

I, Varouj Bakhshian, certify and declare as follows:

1. I am over eighteen years of age and not a party to the above-captioned cases. I am employed as a Director by BMC Group, Inc. ("BMC"), the noticing, claims and balloting agent for the above-captioned debtors (the "Debtors") in the chapter 11 cases. My business address is 3732 West 120th Street, Hawthorne, California 90250.

2. The Court established May 4, 2016 as the record date (the "Voting Record Date") for determining which creditors and holders of interests were entitled to vote on the *Second Amended Plan Of Liquidation Of Black Elk Energy Offshore Operations, LLC Under Chapter 11 Of the Bankruptcy Code* (the "Second Amended Plan")[1] [Docket No.842] .

3. Under the terms of the Plan the following table designates the Classes of Claims and Interest in the Debtor and specifies which of those Classes are (i) impaired or unimpaired by the Plan (ii) entitled to vote to accept or reject the Plan in accordance with Section 1126 of the Code, and (iii) deemed to reject the Plan:

---

[1] Undefined capitalized terms used herein shall have the meanings ascribed to them in the Plan.

| Class | Designation | Impairment | Entitled to Vote |
|---|---|---|---|
| Class 1 | Allowed Priority Non-Tax Claims | Unimpaired | No |
| Class 2 | Note Holder DIP Secured Claim | Impaired | Yes |
| Class 3 | Argonaut DIP Secured Claim | Impaired | Yes |
| Class 4 | Senior Note Claim | Impaired | Yes |
| Class 5 | Other Secured Claims | Impaired | Yes |
| Class 6 | General Unsecured Claims | Impaired | Yes |
| Class 7 | Interests in the Debtor | Impaired | No |

4. In accordance with the solicitation procedures approved by the Court in the *Amended Order (I) Approving Disclosure Statement And The Form And Manner Of Service Related Thereto (II) Setting Dates For The Objection Deadline And Hearing Related To Confirmation Of the Plan; And (III) Authorizing Related Relief* [Docket No. 836] (the "Disclosure Statement Order"), BMC served solicitation packages containing the following on the Holders of voting classes – Class 2, Class 3, Class 4, Class 5 and Class 6 on May 6, 2016:

a) The Second Amended Disclosure Statement, Pursuant to 11 U.S.C. 1125, For Chapter 11 Plan Of Liquidation Of Black Elk Energy Offshore Operations, LLC (the "Second Amended Disclosure Statement");

b) The Second Amended Plan;

c) The Disclosure Statement Order;

d) The Notice Of Confirmation Hearing (the "Confirmation Hearing Notice");

2

e)   The Class 4 Beneficial Ballot and Class 4 Master Ballot or the Class 2, 3, 5, 6 Ballot, as appropriate, for accepting or rejecting the Second Amended Plan.

5. A certificate evidencing service of the Solicitation Packages was filed with the Court on May 20, 2016 [Docket No. 900].

6. Pursuant to the Disclosure Statement Order, the Court established July 9, 2016, as the Voting Deadline.

7. The Second Amended Disclosure Statement, Second Amended Plan and Disclosure Statement Order served as BMC's guide for the solicitation and tabulation of votes to accept or reject the Plan. All ballots received were reviewed in accordance with the procedures described in the Disclosure Statement Order.

8. Below is a summary of all Ballots tabulated:

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| Class 2 – Note Holder DIP Secured Claim | 9<br>100.00% | $7,409,650.44<br>100.00% | 0<br>0.00% | $0.00<br>0.00% |
| Class 3 – Argonaut DIP Secured Claim | 1<br>100.00% | $3,500,000.00.<br>100.00% | 0<br>0.00% | $0.00<br>0.00% |
| Class 4 – Senior Note Claims | 60<br>92.31% | $22,255,705.00<br>40.18% | 5<br>7.69% | $33,139,000.00<br>59.82% |
| Class 5 – Other Secured Claims | 3<br>50.00% | $89,795,657.35<br>98.44% | 3<br>50.00% | $1,424,994.72<br>1.56% |
| Class 6 – General Unsecured Claims | 28<br>54.90% | $62,911,393.51<br>33.62% | 23<br>45.10% | $124,231,352.84<br>66.38% |

9. Attached hereto as **Exhibit A** is the full tabulation report that provides both summary and detail of all ballots received as of June 9, 2016. **Exhibit A** also sets forth whether any ballots cast were excluded from tabulation and the basis for such exclusion.

3

10. All ballots received by BMC are stored at BMC's office located at 3732 West 120th Street, Hawthorne, California 90250, and are available for inspection by the Court or any party in interest.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 20, 2016

Respectfully submitted,

_____
Varouj Bakhshian, Senior Director
BMC Group, Inc.

## **Exhibit A**

**BALLOT TABULATION REPORT**
**SUMMARY**

In Re: Black Elk Energy Offshore Operations, LLC

| | Ballot Counts | | | | | | Ballot Amounts | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 2 | 9 | 100.00% | 0 | 0.00% | 9 | 1 | 10 | $7,409,650.44 | 100.00% | $0.00 | 0.00% | $7,409,650.44 | $21,767.01 | $7,431,417.45 |
| 3 | 1 | 100.00% | 0 | 0.00% | 1 | 0 | 1 | $3,500,000.00 | 100.00% | $0.00 | 0.00% | $3,500,000.00 | $0.00 | $3,500,000.00 |
| 4 | 60 | 92.31% | 5 | 7.69% | 65 | 3 | 70 | $22,255,705.00 | 40.18% | $33,139,000.00 | 59.82% | $55,394,705.00 | $81,000.00 | $55,475,705.00 |
| 5 | 3 | 50.00% | 3 | 50.00% | 6 | 0 | 6 | $89,795,657.35 | 98.44% | $1,424,994.72 | 1.56% | $91,220,652.07 | $0.00 | $91,220,652.07 |
| 6 | 28 | 54.90% | 23 | 45.10% | 51 | 2 | 53 | $62,911,393.51 | 33.62% | $124,231,352.84 | 66.38% | $187,142,746.35 | $112,512.39 | $187,255,258.74 |

| Class | Description |
|---|---|
| 2 | Note Holder DIP Secured Claims |
| 3 | Argonaut DIP Secured Claim |
| 4 | Senior Notes Claim |
| 5 | Other Secured Claims |
| 6 | General Unsecured Claims |

In Re: Black Elk Energy Offshore Operations, LLC
**BALLOT TABULATION REPORT**

## Plan Class 2: Note Holder DIP Secured Claims

| | Ballot Counts | | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 2 | 9 | 100.00% | 0 | 0.00% | 9 | 1 | 10 | $7,409,650.44 | 100.00% | $0.00 | 0.00% | $7,409,650.44 | $21,767.01 | $7,431,417.45 |

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Opt Out | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | AQR FUNDS - AQR DIVERSIFIED ARBITRAGE FUND | $2,966,563.79 | $2,966,563.79 | 1 | | 0 | | | Voter Proposed Amount: $4,548,731.01 |
| 24 | | AQR OPPORTUNISTIC PREMIUM OFFSHORE FUND, L P | $358,032.94 | $358,032.94 | 1 | | 0 | | | Voter Proposed Amount: $548,983.97 |
| 33 | | IRA FBO GARY D WIESEL, PERSHING AS CUSTODIAN | $1,640.74 | $1,640.74 | 1 | | 0 | | | Voter Proposed Amount: $15,000.00 |
| 4 | | IRA FBO RICHARD M FELS, PERSHING AS | $20,016.91 | $20,016.91 | 1 | | 0 | | | Voter Proposed Amount: $183,000.00 |
| 9 | | IRA FBO ROBERT FRANZ, PERSHING LLC AS CUSTODIAN | $21,767.01 | | | | 0 | X | | Ballot did not indicate an acceptance or rejection of the Plan |
| 17 | | JLP CRDIT OPRTUNITY MASTER FUND LTD | $3,215,623.85 | $3,215,623.85 | 1 | | 0 | | | Voter Proposed Amount: $9,256,376.15 |
| 20 | | JLP CRDIT OPRTUNTY IDF SRIESINTRSTS | $160,688.86 | $160,688.86 | 1 | | 0 | | | Voter Proposed Amount: $466,311.14 |
| 19 | | JLP INSTITUTNAL CREDIT MSTR FND LP | $269,661.75 | $269,661.75 | 1 | | 0 | | | Voter Proposed Amount: $506,338.25 |
| 21 | | JLP STRESSED CREDIT FUND LP | $18,470.01 | $18,470.01 | 1 | | 0 | | | Voter Proposed Amount: $56,529.99 |
| 18 | | MRCR QIF FND PLC-MRCR INVSTMNTFND 1 | $398,951.59 | $398,951.59 | 1 | | 0 | | | Voter proposed amount: $1,151,048.41 |

In Re: Black Elk Energy Offshore Operations, LLC

**BALLOT TABULATION REPORT**

Plan Class 3: Argonaut DIP Secured Claim

| | Ballot Counts | | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 3 | 1 | 100.00% | 0 | 0.00% | 1 | 0 | 1 | $3,500,000.00 | 100.00% | $0.00 | 0.00% | $3,500,000.00 | $0.00 | $3,500,000.00 |

| | | | | Accepting | | Rejecting | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Opt Out | Comments |
| 51 | 213 | ARGONAUT INSURANCE COMPANY | $3,500,000.00 | $3,500,000.00 | 1 | | 0 | | | |

In Re: Black Elk Energy Offshore Operations, LLC
**BALLOT TABULATION REPORT**

## Plan Class 4: Senior Notes Claim

| | Ballot Counts | | | | | | Ballot Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | Rejected | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 4 | 60  92.31% | 5  7.69% | 65 | 3 | 70 | $22,255,705.00  40.18% | | $33,139,000.00  59.82% | | $55,394,705.00 | $81,000.00 | $55,475,705.00 |

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Opt Out | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | | BROADRIDGE FINANCIAL SERVICES | $52,244,555.00 | $19,105,555.00 | 54 | $33,139,000.00 | 5 | | | |
| 74 | | HILLTOP SECURITIES | $150.00 | $150.00 | 1 | $0.00 | 0 | | | |
| 43 | | LUIS BERBIN | $4,000.00 | $4,000.00 | 1 | $0.00 | 0 | X | | Not Entitled to Vote; Beneficial Holder ballot not pre-validated. |
| 42 | | LUIS E MORENO | $5,000.00 | $5,000.00 | 1 | $0.00 | 0 | X | | Not Entitled to Vote; Beneficial Holder ballot not pre-validated. |
| 66 | | MORGAN STANLEY | $800,000.00 | $800,000.00 | 2 | $0.00 | 0 | | | |
| 63 | | ROBERT G. SEMERAD & LOIS A. SEMERAD, JT TEN | $0.00 | | | | | | | Pre-validated Beneficial Holder Ballot did not indicate a vote to accept or reject the Plan. |
| 72 | | STATE STREET BANK & TRUST CO. | $1,550,000.00 | $1,550,000.00 | 1 | $0.00 | 0 | | | |
| 49 | | THE BANK OF NEW YORK | $200,000.00 | $200,000.00 | 1 | $0.00 | 0 | | | |
| 48 | | THE BANK OF NEW YORK MELLON | $600,000.00 | $600,000.00 | 1 | $0.00 | 0 | | | |
| 73 | | US BANK NA | $72,000.00 | $72,000.00 | 1 | $0.00 | 0 | X | | Duplicate; Duplicate of Control ID 71. US Bank NA DTC Participant No. 2803 position reported in Broadridge Master Ballot. |
| 50 | | VONDA KNOWLES | $0.00 | | | | | | | Pre-validated Beneficial Holder Ballot did not indicate a vote to accept or reject the Plan. |

In Re: Black Elk Energy Offshore Operations, LLC
**BALLOT TABULATION REPORT**

Plan Class 5: Other Secured Claims

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 5 | 3 | 50.00% | 3 | 50.00% | 6 | 0 | 6 | $89,795,657.35  98.44% | $1,424,994.72  1.56% | $91,220,652.07 | $0.00 | $91,220,652.07 |

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Opt Out | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 213 | ARGONAUT INSURANCE COMPANY | $56,015,915.35 | $56,015,915.35 | 1 | | 0 | | | |
| 61 | | JX NIPPON OIL EXPLORATION (U S.A.) LIMITED | $33,504,468.00 | $33,504,468.00 | 1 | | 0 | | | |
| 39 | 6 | KEVIN GROS CONSULTING & MARINE SERVICES, INC. | $488,531.24 | | | $488,531.24 | 1 | | | |
| 82 | 129-2 | MARUBENI OIL & GAS (USA), INC. | $586,388.48 | | | $586,388.48 | 1 | | | |
| 10 | s46 | SEA HORSE MARINE INC. | $350,075.00 | | | $350,075.00 | 1 | | | |
| 12 | 47 | SEMPCHECK SERVICES | $275,274.00 | $275,274.00 | 1 | | 0 | | | |

In Re: Black Elk Energy Offshore Operations, LLC
**BALLOT TABULATION REPORT**

Plan Class 6: General Unsecured Claims

| | Ballot Counts | | | | | | Ballot Amounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| 6 | 28 | 54.90% | 23 | 45.10% | 51 | 2 | 53 | $62,911,393.51  33.62% | $124,231,352.84  66.38% | $187,142,746.35 | $112,512.39 | $187,255,258.74 |

| | | | | Accepting | | Rejecting | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Amount | Votes | Amount | Votes | Excluded | Opt Out | Comments |
| 8 | 4 | ADDISON GROUP | $168,526.82 | $168,526.82 | 1 | | 0 | | | |
| 52 | 213 | ARGONAUT INSURANCE COMPANY | $24,316,829.94 | $24,316,829.94 | 1 | | 0 | | | |
| 57 | 100 | ASPEN AMERICAN INSURANCE COMPANY | $39,597.63 | | | $39,597.63 | 1 | | | Voter Proposed Amount: $500,000.00 |
| 15 | 262 | ATCHAFALAYA MEASUREMENT, INC. | $1,210.00 | $1,210.00 | 1 | | 0 | | | |
| 83 | s173 | C&D PRODUCTION SPECIALISTS | $49,848.66 | $49,848.66 | 1 | | 0 | | | |
| 3 | s860 | CHARLES EDWARD WALTHER | $1.00 | $1.00 | 1 | | 0 | | | |
| 67 | 125 | C-PORT/STONE, LLC | $109,174.18 | | | $109,174.18 | 1 | | | |
| 44 | 95 | DR MICHAEL L MCNEIL | $1.00 | $1.00 | 1 | | 0 | | | |
| 5 | s288 | EDWARD J FLUKE | $1.00 | $1.00 | 1 | | 0 | | | |
| 60 | 214 | ENERGY XXI GOM, LLC | $783,856.16 | $783,856.16 | 1 | | 0 | | | Claim No. 214. Creditor asserts a total claim of $22,833,613.75 with $22,049,757.59 asserted as priority. Class 6 Unsecured portion of claim is therefore $783,856.16. |
| 64 | 214 | ENERGY XXI GOM, LLC | $783,856.16 | $783,856.16 | 1 | | 0 | | | Voter Proposed Amount: $6,653,396.90 |
| 54 | s305 | ENVEN ENERGY VENTURES, LLC | $2,470,667.71 | | | $2,470,667.71 | 1 | | | Conditional ballot pending disposition of Administrative Claim. |
| 55 | s305 | ENVEN ENERGY VENTURES, LLC | $671,441.99 | | | $671,441.99 | 1 | | | |
| 56 | s304 | ENVEN ENERGY VENTURES, LLC | $3,846,198.81 | | | $3,846,198.81 | 1 | | | |
| 14 | 38 | ENVIRO-TECH SYSTEMS, LLC | $53,453.00 | | | | 0 | X | | Ballot did not indicate an acceptance or rejection of the Plan |

In Re: Black Elk Energy Offshore Operations, LLC

**BALLOT TABULATION REPORT**

Plan Class 6: General Unsecured Claims

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Excluded | Opt Out | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 215 | EPL OIL & GAS, INC. | $59,059.39 | | | | 0 | X | | Ballot did not indicate an acceptance or rejection of the Plan; Claim No. 215. Creditor asserts a total claim of $137,876.04 with $78,816.65 asserted as priority. Class 6 Unsecured portion of claim is therefore $59,059.39. |
| 65 | s885 | EPL OIL & GAS, INC. | $59,059.39 | $59,059.39 | 1 | | 0 | | | Voter Proposed Amount: $114,003.74 |
| 69 | 198 | GRAND ISLE SHIPYARD, INC. | $1,143,693.59 | | | $1,143,693.59 | 1 | | | Voter Proposed Amout of $3,359,309.58 represents the total of its secured ($2,215,615.99) and unsecured ($1,143,693.59) claims per claim No. 198. However claimant has submitted only one ballot without class designation which has been tabulated in Class 6 |
| 75 | 257 | GULF ENERGY EXPLORATION CORP | $1,571,416.33 | | | $1,571,416.33 | 1 | | | |
| 76 | s364 | GULF ENERGY EXPLORATION CORP | $1,105.42 | | | $1,105.42 | 1 | | | |
| 68 | 142 | GULF OFFSHORE LOGISTICS, L L C | $183,949.37 | | | $183,949.37 | 1 | | | Voter Proposed Amout of $2,789,104.78 represents the total of its secured ($2,605,155.41) and unsecured ($183,949.37) claims per claim No. 142. However, claimant has submitted only one ballot without class designation which has been tabulated in Class 6. |
| 13 | s446 | JOHN DAVID LAZOR | $1.00 | $1.00 | 1 | | 0 | | | |
| 35 | 239 | JOHN HOFFMAN | $3,480,118.00 | | | $3,480,118.00 | 1 | | | |
| 36 | 192 | JOHN HOFFMAN | $500,000.00 | | | $500,000.00 | 1 | | | |
| 38 | 218 | JOHN HOFFMAN | $4,633,887.00 | | | $4,633,887.00 | 1 | | | |
| 40 | 217 | JOHN HOFFMAN | $9,994,345.99 | | | $9,994,345.99 | 1 | | | |
| 62 | | JX NIPPON OIL EXPLORATION (U S.A.) LIMITED | $21,617,464.00 | $21,617,464.00 | 1 | | 0 | | | |
| 25 | 84 | KATHRYN B MCNEIL | $1.00 | $1.00 | 1 | | 0 | | | |

In Re: Black Elk Energy Offshore Operations, LLC

**BALLOT TABULATION REPORT**

## Plan Class 6: General Unsecured Claims

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Accepting Votes | Rejecting Amount | Rejecting Votes | Excluded | Opt Out | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 232 | KEITH HUBBARD | $222,464.00 | | | $222,464.00 | 1 | | | |
| 26 | 82 | L A MCNEIL MARITAL TRUST FOR | $1.00 | $1.00 | 1 | | 0 | | | |
| 45 | 141 | LAREDO CONSTRUCTION INC | $45,648.39 | | | $45,648.39 | 1 | | | |
| 58 | | M21K, LLC | $67,316.92 | $67,316.92 | 1 | | 0 | | | Claim No. 216. Creditor asserts a total claim of $617,430.76 with $550,113.84 asserted as priority. Class 6 Unsecured portion of claim is therefore $67,316.92. |
| 31 | 42 | MAC-NETT ENVIRONMENTAL | $68,011.00 | $68,011.00 | 1 | | 0 | | | |
| 70 | | MARTIN HOLDINGS, LLC | $31,471.10 | | | $31,471.10 | 1 | | | Voter Proposed Amout of $128,166.27 represents the total of its secured ($96,695.17) and unsecured ($31,471.10) claims per claim No. 146. However, claimant has submitted only one ballot without class designation which has been tabulated in Class 6. |
| 81 | 128-2 | MARUBENI OIL & GAS (USA), INC. | $15,772,395.00 | | | $15,772,395.00 | 1 | | | |
| 32 | 81 | MARY F HAAS | $1.00 | $1.00 | 1 | | 0 | | | |
| 78 | 178 | MCMORAN OIL & GAS, LLC | $3,647,525.51 | | | $3,647,525.51 | 1 | | | Conditional Ballot allowed per court order. Docket 842. |
| 80 | 172 | MERIT ENERGY COMPANY, LLC | $39,475,564.00 | | | $39,475,564.00 | 1 | | | Conditional Ballot allowed per court order. Docket 842. |
| 47 | 174 | NORTHSTAR OFFSHORE GROUP, LLC | $4,350,752.00 | | | $4,350,752.00 | 1 | | | |
| 23 | 26 | OWENSBY & KRITIKOS, INC | $1,917.00 | $1,917.00 | 1 | | 0 | | | |
| 7 | s617 | QED ENERGY TRAINING, LLC | $30,067.00 | $30,067.00 | 1 | | 0 | | | |
| 16 | 14 | RIVER RENTAL TOOLS, INC. | $246,881.33 | | | $246,881.33 | 1 | | | |
| 6 | s667 | ROGER L BARESH | $1.00 | $1.00 | 1 | | 0 | | | |
| 2 | s670 | RONALD E SLOVER | $1.00 | $1.00 | 1 | | 0 | | | |
| 1 | 49 | ROOSTER PETROLEUM, LLC | $147,971.85 | $147,971.85 | 1 | | 0 | | | |
| 11 | s1018 | SEMPCHECK SERVICES | $291,524.00 | $291,524.00 | 1 | | 0 | | | |

In Re: Black Elk Energy Offshore Operations, LLC

**BALLOT TABULATION REPORT**

## Plan Class 6: General Unsecured Claims

| Ctrl. No. | Clm No. | Creditor Name | Total Amount | Accepting Amount | Votes | Rejecting Amount | Votes | Excluded | Opt Out | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 61 | TANKS-A-LOT POWER, LLC | $1,540.51 | $1,540.51 | 1 | | 0 | | | |
| 27 | 60 | TANKS-A-LOT, INC. | $18,523.18 | $18,523.18 | 1 | | 0 | | | |
| 30 | 3 | TEFSCO LLC | $148,612.92 | $148,612.92 | 1 | | 0 | | | |
| 46 | 145 | THE GRAND LTD | $2,952,204.65 | | | $2,952,204.65 | 1 | | | |
| 29 | s740 | THOMAS E SCHWARTZ | $1.00 | $1.00 | 1 | | 0 | | | |
| 79 | | W&T OFFSHORE, INC. | $28,840,850.84 | | | $28,840,850.84 | 1 | | | Conditional Ballot allowed per court order. Docket 842. |
| 77 | 188 | WESTCHESTER FIRE INSURANCE COMPANY | $14,355,248.00 | $14,355,248.00 | 1 | | 0 | | | |