IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/30/2019

| | | |
|---|---|---|
| IN RE: | § | |
| BLACK ELK ENERGY OFFSHORE | § | CASE NO: 15-34287 |
| OPERATIONS, LLC, *et al* | § | |
|    Debtors | § | |
| | § | CHAPTER 11 |
| | § | |
| RICHARD S. SCHMIDT | § | |
|    Plaintiff | § | |
| | § | |
| VS. | § | ADVERSARY NO. 17-03412 |
| | § | |
| THE GRAND LTD | § | |
|    Defendant | § | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion issued on this date:

1. Richard S. Schmidt, Trustee, is awarded Judgment for $700,000.00 against The Grand, Ltd.

2. The Judgment bears post-judgment interest at 1.98% per annum.

3. Costs are awarded to Richard S. Schmidt, Trustee.

4. All other relief is denied.

SIGNED **July 30, 2019.**

                                                Marvin Isgur
                      UNITED STATES BANKRUPTCY JUDGE