**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| Black Elk Energy Offshore Operating | § | CASE NO.  15-34287 |
| | § | CHAPTER 11 |
| **DEBTOR** | § | |
| Black Elk Liquidating Trust | § | |

**CHAPTER 11 POST-CONFIRMATION REPORT**
**FOR THE QUARTER ENDING   MARCH 31, 2020**

1. [✓] Quarterly  or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**

   A.  Disbursements made under the plan (itemize on page 3)       $ _____ 0.00

   B.  Disbursements not under the plan                            $ _____ 0.00

         Total Disbursements                               $ _____ 0.00

   ***ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

3. Has the order confirming plan become final?                    [✓] Yes  [ ] No

4. Are Plan payments being made as required under the Plan?        [✓] Yes  [ ] No

5. If "No", what Plan payments have not been made and why?
   Please explain:  _____
   _____
   _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?   July 25, 2016 _____   (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   _____
   _____
   _____

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**

    A.  If this is a final report, has an application for Final Decree been submitted*?

        [ ] Yes  Date application was submitted _____

        [ ] No   Date when application will be submitted _____
        *(if required by Local Rule)

    B.  Estimated Date of Final Payment Under Plan  _____

| |
|---|
| INITIALS_____ |
| DATE_____ |
| UST USE ONLY |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____        DATE: 10/14/2020

Richard S. Schmidt, Trustee
(PRINT NAME)

IN RE:    Black Elk Offshore Operating / Black Elk Liquidating Trust             CASE NO.    15-34287

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| **CASH-BEGINNING OF QUARTER** | 947,056.08 | 0.00 |
| **RECEIPTS** | 83,109.52 | 10,852,728.28 |
| **DISBURSEMENTS** | | |
| **NET PAYROLL** | 0.00 | 0.00 |
| **PAYROLL TAXES PAID** | 0.00 | 0.00 |
| **SECURED/RENTAL/LEASES** | 0.00 | 0.00 |
| **UTILITIES** | 0.00 | 0.00 |
| **INSURANCE** | 0.00 | 0.00 |
| **INVENTORY PURCHASES** | 0.00 | 0.00 |
| **VEHICLE EXPENSES** | 0.00 | 0.00 |
| **TRAVEL & ENTERTAINMENT** | 0.00 | 0.00 |
| **REPAIRS, MAINTENANCE & SUPPLIES** | 0.00 | 0.00 |
| **ADMINISTRATIVE & SELLING - Trustee fees paid to Trustee and contract fees paid to Joe Bruno** | 0.00 | 738,000.00 |
| **OTHER (attach list)** | 0.00 | 9,084,562.68 |
| **PLAN PAYMENTS (page 1 and page 3)** | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements)** | 0.00 | 9,822,562.68 |
| **NET CASH FLOW** | 83,109.52 | 1,030,165.60 |
| **CASH-END OF QUARTER** | 1,030,165.60 | 1,030,165.60 |

### CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING ___ MARCH 31, 2020 ___

| | Month/Year JAN-2020 | Month/Year FEB-2020 | Month/Year MAR-2020 | Total |
|---|---|---|---|---|
| **Bank Balance** | 947,128.32 | 1,030,004.05 | 1,030,165.60 | 947,128.32 |
| **Deposit in Transit** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding Checks** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Adjusted Balance** | 947,128.32 | 1,030,004.05 | 1,030,165.60 | 947,128.32 |
| **Beginning Cash-Per Books** | 947,056.08 | 947,128.32 | 1,030,004.05 | 947,056.08 |
| **Receipts** | 72.24 | 82,875.73 | 161.55 | 83,109.52 |
| **Transfers Between Accounts** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Checks/Other Disbursements** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending Cash-Per Books** | 947,128.32 | 1,030,004.05 | 1,030,165.60 | 1,030,165.60 |

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year JAN-2020 | Month/Year FEB-2020 | Month/Year MAR-2020 | Total |
|---|---|---|---|---|
| **Beginning Cash** | 947,056.08 | 947,128.32 | 1,030,004.05 | |
| **Total Receipts** | 72.24 | 82,875.73 | 161.55 | 83,109.52 |
| **Total Disbursements** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending Cash** | 947,128.32 | 1,030,004.05 | 1,030,165.60 | |

**IN RE:**

Black Elk Energy Offshore Operating

§
§
§   CASE NO.   15-34287
§

Black Elk Liquidating Trust
**DEBTOR.**

§
§
§

### PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL PLAN PAYMENTS: (report on page 1 and page 2)** | | | **0.00** | **0.00** |

| | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| **OTHER DISBURSEMENTS** | | |
| ACCOUNTING FEES | | 17,651.04 |
| BANK SERVICE FEES | | 165.00 |
| CLEAN GULF ASSOCIATION FEES | | 65,000.00 |
| COMPUTER EXPENSES | | 34,255.85 |
| CONTRACT SERVICES - HELICOPTER | | 716,500.00 |
| CONTRACT SERVICES - OFFSHORE | | 270,351.56 |
| FUNDS RECEIVED/DISBURSED AS FLOW-THROUGH | | 7,413,316.65 |
| LEGAL FEES | | 432,500.28 |
| LEGAL EXPENSES | | 11,010.32 |
| MOVING EXPENSES | | 1,700.00 |
| OFFICE EXPENSES | | 1,534.45 |
| REFUNDABLE BANK DUPLICATE PAYMENT | | 0.00 |
| STATE TAXES | | 72,463.78 |
| TRAVEL EXPENSE | | 5,271.25 |
| US TRUSTEE FEES | | 38,062.50 |
| REGULATORY MANDATED EXERCISE | | 4,780.00 |
| **TOTAL OTHER DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements)** | **0.00** | **9,084,562.68** |

# POST CONFIRMATION
# QUARTERLY OPERATING REPORT (FOOTNOTES)

**IN RE:**  **Black Elk Energy Offshore Operating / Black Elk Liquidating Trust**

**CASE NUMBER: 15-34287**

**Quarter Ending:**  **March 31, 2020**

**FOOTNOTES**