## UNITED STATES BANKRUPTCY COURT
### SOUTHERN AND WESTERN DISTRICTS OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Black Elk Energy Offshore Operating | § | CASE NO.  15-34287 |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| Black Elk Liquidating Trust | § | |

### CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING ___September 30, 2020___

1.  [ v ] Quarterly  or  [  ] Final (check one)

2.  <u>SUMMARY OF DISBURSEMENTS*:</u>

    A.  Disbursements made under the plan (itemize on page 3)      $ _____ 0.00

    B.  Disbursements not under the plan      $ _____ 182,470.06

        Total Disbursements      $ _____ 182,470.06

**\*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

3.  Has the order confirming plan become final?      [ v ] Yes   [  ] No

4.  Are Plan payments being made as required under the Plan?      [ v ] Yes   [  ] No

5.  If "No", what Plan payments have not been made and why?
    Please explain: _____

_____

_____

6.  If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7.  What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? ___July 25, 2016___ (Date)

8.  Please describe any factors which may materially affect your ability to obtain a final decree at this time.

_____

_____

_____

9.  Complete the form for Plan Disbursements attached.

10.  <u>CONSUMMATION OF PLAN:</u>
    A.  If this is a final report, has an application for Final Decree been submitted*?

        [  ] Yes  Date application was submitted _____

        [  ] No  Date when application will be submitted _____

        *(if required by Local Rule)

    B.  Estimated Date of Final Payment Under Plan _____

| INITIALS_____ |
|---|
| DATE_____ |
| UST USE ONLY |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _[signature]_      DATE: 10/14/2020

    Richard S. Schmidt, Trustee
    (PRINT NAME)

IN RE:   Black Elk Offshore Operating / Black Elk Liquidating Trust          CASE NO.   15-34287

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| **CASH-BEGINNING OF QUARTER** | 957,615.35 | 0.00 |
| **RECEIPTS** | 22.70 | 10,852,775.73 |
| **DISBURSEMENTS** | | |
| **NET PAYROLL** | 0.00 | 0.00 |
| **PAYROLL TAXES PAID** | 0.00 | 0.00 |
| **SECURED/RENTAL/LEASES** | 0.00 | 0.00 |
| **UTILITIES** | 0.00 | 0.00 |
| **INSURANCE** | 52,500.00 | 52,500.00 |
| **INVENTORY PURCHASES** | 0.00 | 0.00 |
| **VEHICLE EXPENSES** | 0.00 | 0.00 |
| **TRAVEL & ENTERTAINMENT** | 0.00 | 0.00 |
| **REPAIRS, MAINTENANCE & SUPPLIES** | 0.00 | 0.00 |
| **ADMINISTRATIVE & SELLING - Trustee fees paid to Trustee and contract fees paid to Joe Bruno** | 117,000.00 | 912,575.00 |
| **OTHER (attach list)** | 12,970.06 | 9,112,532.74 |
| **    PLAN PAYMENTS (page 1 and page 3)** | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements)** | 182,470.06 | 10,077,607.74 |
| **NET CASH FLOW** | (182,447.36) | 775,167.99 |
| **CASH-END OF QUARTER** | 775,167.99 | 775,167.99 |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING ___ June 30, 2020 ___

| | Month/Year JUL-2020 | Month/Year AUG-2020 | Month/Year SEP-2020 | Total |
|---|---|---|---|---|
| **Bank Balance** | 957,623.46 | 913,646.51 | 775,167.99 | 775,167.99 |
| **Deposit in Transit** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding Checks** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Adjusted Balance** | 957,623.46 | 913,646.51 | 775,167.99 | 775,167.99 |
| **Beginning Cash-Per Books** | 957,615.35 | 957,623.46 | 913,646.51 | 957,615.35 |
| **Receipts** | 8.11 | 8.05 | 6.54 | 22.70 |
| **Transfers Between Accounts** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Checks/Other Disbursements** | 0.00 | 43,985.00 | 138,485.06 | 182,470.06 |
| **Ending Cash-Per Books** | 957,623.46 | 913,646.51 | 775,167.99 | 775,167.99 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year JUL-2020 | Month/Year AUG-2020 | Month/Year SEP-2020 | Total |
|---|---|---|---|---|
| **Beginning Cash** | 957,615.35 | 957,623.46 | 913,646.51 | |
| **Total Receipts** | 8.11 | 8.05 | 6.54 | 22.70 |
| **Total Disbursements** | 0.00 | 43,985.00 | 138,485.06 | 182,470.06 |
| **Ending Cash** | 957,623.46 | 913,646.51 | 775,167.99 | |

IN RE:

Black Elk Energy Offshore Operating

Black Elk Liquidating Trust
**DEBTOR.**

§
§
§   CASE NO.   15-34287
§
§
§

### PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL PLAN PAYMENTS: (report on page 1 and page 2)** |  |  | **0.00** | **0.00** |

| OTHER DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| ACCOUNTING FEES | 4,985.06 | 22,636.10 |
| BANK SERVICE FEES |  | 165.00 |
| CLEAN GULF ASSOCIATION FEES | 5,000.00 | 85,000.00 |
| COMPUTER EXPENSES |  | 34,255.85 |
| CONTRACT SERVICES - HELICOPTER |  | 716,500.00 |
| CONTRACT SERVICES - OFFSHORE |  | 270,351.56 |
| FOREFRONT EMERGENCY MANAGEMENT | 2,985.00 | 2,985.00 |
| FUNDS RECEIVED/DISBURSED AS FLOW-THROUGH |  | 7,413,316.65 |
| LEGAL FEES |  | 432,500.28 |
| LEGAL EXPENSES |  | 11,010.32 |
| MOVING EXPENSES |  | 1,700.00 |
| OFFICE EXPENSES |  | 1,534.45 |
| REFUNDABLE BANK DUPLICATE PAYMENT |  | 0.00 |
| STATE TAXES |  | 72,463.78 |
| TRAVEL EXPENSE |  | 5,271.25 |
| US TRUSTEE FEES |  | 38,062.50 |
| REGULATORY MANDATED EXERCISE |  | 4,780.00 |
| **TOTAL OTHER DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements)** | **12,970.06** | **9,112,532.74** |

# POST CONFIRMATION
# QUARTERLY OPERATING REPORT (FOOTNOTES)

**IN RE:   Black Elk Energy Offshore Operating / Black Elk Liquidating Trust**

**CASE NUMBER: 15-34287**

**Quarter Ending:                  September 30, 2020**

**FOOTNOTES**