UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Black Elk Energy Offshore Operating | § | CASE NO. 15-34287 |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| Black Elk Litigating Trust | § | |

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING ___JUNE 30, 2020___

1. [V] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**

   A. Disbursements made under the plan (itemize on page 3)    $ _____ 0.00
   B. Disbursements not under the plan                          $ _____ 0.00
      Total Disbursements                                       $ _____ 0.00

   **\*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

3. Has the order confirming plan become final?                    [V] Yes  [ ] No

4. Are Plan payments being made as required under the Plan?        [V] Yes  [ ] No

5. If "No", what Plan payments have not been made and why?
   Please explain: _____
   _____
   _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?  ___July 25, 2016___    (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   _____
   _____
   _____

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**
    A. If this is a final report, has an application for Final Decree been submitted*?

       [ ] Yes   Date application was submitted _____

       [ ] No    Date when application will be submitted _____

    *(if required by Local Rule)

    B. Estimated Date of Final Payment Under Plan _____

    | INITIALS_____ |
    |---|
    | DATE_____ |
    | UST USE ONLY |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____    DATE: 10/14/2020
         Richard S. Schmidt\Trustee
         (PRINT NAME)

IN RE:   Black Elk Energy Offshore Operating / Black Elk Litigating Trust      CASE NO.   15-34287

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 18,618,676.77 | 0.00 |
| RECEIPTS | 462.89 | 27,984,346.10 |
| DISBURSEMENTS | | |
| NET PAYROLL | 0.00 | 0.00 |
| PAYROLL TAXES PAID | 0.00 | 0.00 |
| SECURED/RENTAL/LEASES | 0.00 | 0.00 |
| UTILITIES | 0.00 | 0.00 |
| INSURANCE-D&O LIABILITY | 0.00 | 121,899.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 |
| VEHICLE EXPENSES | 0.00 | 0.00 |
| TRAVEL & ENTERTAINMENT | 0.00 | 0.00 |
| REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 0.00 |
| ADMINISTRATIVE & SELLING-Trustee fees paid to Trustee and contract fee paid to Joe Bruno | 0.00 | 553,500.00 |
| OTHER (attach list) | 0.00 | 8,689,807.44 |
| PLAN PAYMENTS (page 1 and page 3) | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 0.00 | 9,365,206.44 |
| NET CASH FLOW | 462.89 | 18,619,139.66 |
| CASH-END OF QUARTER | 18,619,139.66 | 18,619,139.66 |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING   JUNE 30, 2020

| | Month/Year APR-2020 | Month/Year MAY-2020 | Month/Year JUN-2020 | Total |
|---|---|---|---|---|
| Bank Balance | 18,618,829.37 | 18,618,987.06 | 18,619,139.66 | 18,619,139.66 |
| Deposit in Transit | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding Checks | 0.00 | 0.00 | 0.00 | 0.00 |
| Adjusted Balance | 18,618,829.37 | 18,618,987.06 | 18,619,139.66 | 18,619,139.66 |
| Beginning Cash-Per Books | 18,618,676.77 | 18,618,829.37 | 18,618,987.06 | 18,618,676.77 |
| Receipts | 152.60 | 157.69 | 152.60 | 462.89 |
| Transfers Between Accounts | 0.00 | 0.00 | 0.00 | 0.00 |
| Checks/Other Disbursements | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending Cash-Per Books | 18,618,829.37 | 18,618,987.06 | 18,619,139.66 | 18,619,139.66 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year APR-2020 | Month/Year MAY-2020 | Month/Year JUN-2020 | Total |
|---|---|---|---|---|
| Beginning Cash | 18,618,676.77 | 18,618,829.37 | 18,618,987.06 | |
| Total Receipts | 152.60 | 157.69 | 152.60 | 462.89 |
| Total Disbursements | 0.00 | 0.00 | 0.00 | |
| Ending Cash | 18,618,829.37 | 18,618,987.06 | 18,619,139.66 | |

**IN RE:**

Black Elk Energy Offshore Operating

§
§
§   CASE NO.   15-34287
§
§

Black Elk Litigating Trust
**DEBTOR.**

### PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL PLAN PAYMENTS: (report on page 1 and page 2)** | | | **0.00** | **0.00** |

| OTHER DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| ACCOUNTING FEES | | 25,428.94 |
| BANK SERVICE FEES | | 620.00 |
| COMPUTER | | 19,407.48 |
| INTEREST EXPENSE | | 55,416.69 |
| LEGAL FEES | | 986,379.83 |
| LLITIGATION EXPENSES - PAYOFF LITIGATION NOTE PAYABLE | | 1,000,000.00 |
| MOVING EXPENSES | | 1,700.00 |
| OFFICE EXPENSES | | 13,224.28 |
| REFUNDABLE BANK DUPLICATE PAYMENT | | 0.00 |
| TRAVEL EXPENSE | | 4,767.72 |
| US TRUSTEE FEES | | 32,862.50 |
| ADEQUATE PROTECTION PAYMENT | | 6,335,000.00 |
| ADMINISTRATIVE EXPENSES | | 215,000.00 |
| **TOTAL OTHER DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements)** | **0.00** | **8,689,807.44** |

# POST CONFIRMATION
# QUARTERLY OPERATING REPORT (FOOTNOTES)

**IN RE:**    **Black Elk Energy Offshore Operating / Black Elk Litigating Trust**

**CASE NUMBER: 15-34287**

**Quarter Ending:**                            **June 30, 2020**

**FOOTNOTES**