United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC, | * * | CASE NO: 15-34287 |
| | * | |
| Debtor, | * | CHAPTER 11 |

**O R D E R**

Considering the foregoing Motion, it is hereby ordered that the Motion by Interested Party, Turnkey Offshore Project Services, LLC, to Aid in Consummation of the Confirmed Third Amended Plan of Reorganization [Doc 2393] is withdrawn without prejudice. The hearing of this matter, which had been set for November 1, 2021 is hereby canceled.

Signed: October 15, 2021

_____
Marvin Isgur
United States Bankruptcy Judge